# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER POINTER | PLAINTIFF |
| v.　　　　No. 4:18-cv-585-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| TIMOTHY A. HOLDFORD | PLAINTIFF |
| v.　　　　No. 4:18-cv-588-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| CHRISTOPHER D. WARREN | PLAINTIFF |
| v.　　　　No. 4:18-cv-589-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| RICKEY MILLER | PLAINTIFF |
| v.　　　　No. 4:18-cv-590-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| ERIC MURPHY | PLAINTIFF |
| v.　　　　No. 4:18-cv-591-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| | | |
|---|---|---|
| STANLEY BULLOCK | | PLAINTIFF |
| v. | No. 4:18-cv-592-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| MARCUS MILLER | | PLAINTIFF |
| v. | No. 4:18-cv-593-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JASON LAMBERT | | PLAINTIFF |
| v. | No. 4:18-cv-594-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| MARLIN IVY | | PLAINTIFF |
| v. | No. 4:18-cv-595-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JUSTIN OVERTON | | PLAINTIFF |
| v. | No. 4:18-cv-596-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| JAMES YOUNG | | PLAINTIFF |
| v. | No. 4:18-cv-597-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| CLIFTON THOMAS | | PLAINTIFF |
| v. | No. 4:18-cv-598-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JEFFREY RYAN ROBERTSON | | PLAINTIFF |
| v. | No. 4:18-cv-599-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| STEVEN THOMAS | | PLAINTIFF |
| v. | No. 4:18-cv-600-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| LARCELLA ROBINSON | | PLAINTIFF |
| v. | No. 4:18-cv-601-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| TARIQ MAHDI | | PLAINTIFF |
| v. | No. 4:18-cv-602-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| OBER HARMAN | | PLAINTIFF |
| v. | No. 4:18-cv-603-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| ANDREW DELANG | | PLAINTIFF |
| v. | No. 4:18-cv-604-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| DE'ANDRE GRAVES | | PLAINTIFF |
| v. | No. 4:18-cv-606-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| MICHAEL BURK | | PLAINTIFF |
| v. | No. 4:18-cv-607-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| WILLIAM BARNETT | | PLAINTIFF |
| v. | No. 4:18-cv-609-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JERROD CRAVEN | | PLAINTIFF |
| v. | No. 4:18-cv-610-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| AUSTIN COUSINS | | PLAINTIFF |
| v. | No. 4:18-cv-611-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| SANDY SANDERS | | PLAINTIFF |
| v. | No. 4:18-cv-612-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| EDGAR EDDIE CANTU, JR. | | PLAINTIFF |
| v. | No. 4:18-cv-613-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| BRANDEN L. BUTLER | | PLAINTIFF |
| v. | No. 4:18-cv-614-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| ERIC D. HALL | | PLAINTIFF |
| v. | No. 4:18-cv-616-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| MICHAEL WARREN | | PLAINTIFF |
| v. | No. 4:18-cv-617-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| SHANE SMITH | | PLAINTIFF |
| v. | No. 4:18-cv-618-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| LEE JOHNSON | | PLAINTIFF |
| v. | No. 4:18-cv-619-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| WALTER RATLIFF | PLAINTIFF |
|---|---|
| v. No. 4:18-cv-620-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

## JUDGMENT

The complaints are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2018

-7-